JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN WEN GUAN, ) | |
| ) | 11-cv-01956-AHM (SHx) |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES CITIZENSHIP ) | |
| AND IMMIGRATION SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the stipulation of the parties, it is hereby ordered that the above-captioned case be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii), without prejudice. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: April 05, 2012

_____
Honorable A. Howard Matz
United States District Judge

JS-6